# United States District Court
## Violation Notice

CVB Location Code: WYNP 17B20

| Field | Value |
|---|---|
| Violation Number | 6538191 |
| Officer Name (Print) | Jeffrey A[sman] |
| Officer No. | 2590 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Field | Value |
|---|---|
| Date and Time of Offense | 08/03/2017 1930 |
| Offense Charged | 36 CFR 4.21(c) — CFR |
| Place of Offense | Rainy Lake ~~Calcite Springs~~ Grnd Lp Rd |
| Offense Description: Factual Basis for Charge | 53 in a 35, operate vehicle in excess of posted speed limit 70-40 |

HAZMAT ☐

**DEFENDANT INFORMATION**

| Last Name | First Name | M.I. |
|---|---|---|
| Gupta | Sandeep | |

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| AZM8091 | WA | 17 | Jeep Cher | | Silver |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ 180 Forfeiture Amount
+ $30 Processing Fee
**PAY THIS AMOUNT →** $ 210 Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: ____  Date (mm/dd/yyyy): ____  Time (hh:mm): ____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: Sandeep Gupta

(Rev. 09/2015)  Original - CVB Copy

CVB SCAN AUG 21, 2017 14:58

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20____ while exercising my duties as a law enforcement officer in the _____ District of _____

[blank lines]

The foregoing statement is based upon:
☐ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____    _____
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN AUG 21, 2017 14:58